**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

IN RE: Z E SERVICES L L C             CASE NO.  6:22-CV-02354

VERSUS                                JUDGE TERRY A. DOUGHTY

                                      MAGISTRATE JUDGE DAVID J. AYO

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 21] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Claimant's 12(b)(1) Motion to Dismiss Limitation Proceeding [Doc. No. 6] filed by Claimant-in-Limitation Jimmy Arnaud as converted to a Motion for Summary Judgment is **DENIED**.

**MONROE, LOUISIANA**, this the 11th day of October 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
