**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**IN RE: Z E SERVICES L L C**

**CASE NO. 6:22-CV-02354**

**MAGISTRATE JUDGE DAVID J. AYO**

**BY CONSENT OF THE PARTIES**

**ORDER OF DISMISSAL**

This Court having been advised by the parties that all claims in the above-captioned case have been settled among the parties, it is hereby

ORDERED that this case is DISMISSED without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reassert the claims if settlement is not consummated. It is further

ORDERED that the parties are to submit to this Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within sixty days of entry of this judgment.

This Court retains jurisdiction over the settlement of this matter under *Kokkonen v. Guardian Life*, 511 U.S. 375 (1994).

SO ORDERED at Lafayette, Louisiana this 21st day of September, 2026.

**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**